UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOELLE ANGEL,

Plaintiff(s)

v.  Case No. 2:21cv554

AMEKA D. RIDDICK, *et al.*,

Defendant(s).

JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

DATED: October 3, 2023                    FERNANDO GALINDO, Clerk

                                          By_____/s/_____
                                          E. Price, Deputy Clerk